NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE COMCAST CORPORATION,**
*Petitioner.*

---

Miscellaneous Docket No. 963

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case nos. 09-CV-0116, Magistrate Judge Charles Everingham, IV.

---

## ON PETITION FOR WRIT OF MANDAMUS

---

## ORDER

Upon consideration of Web Telephony, LLC's unopposed motion for a seven-day extension of time to file a response to Comcast Corporation's petition for a writ of mandamus,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

NOV  3 2010

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc:  David J. Silbert, Esq.
     Sean A. Luner, Esq.
     Clerk, United States District Court For The Eastern
District Of Texas

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 3 2010

JAN HORBALY
CLERK